```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD SHARPE,                    :
                                  :
            Plaintiff             :   CIVIL No. 1:14-CV-00779
                                  :
       vs.                        :   Hon. John E. Jones III
                                  :
CAROLYN W. COLVIN, ACTING         :
COMMISSIONER OF SOCIAL            :
SECURITY,                         :
                                  :
            Defendant             :
```

**ORDER**

February 11, 2015

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter judgment in favor of Donald Sharpe and against the Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Donald Sharpe disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to:

2.1 Fully develop the record, conduct a new administrative hearing and appropriately evaluate the VA's disability determination, medical evidence and the credibility of Sharpe.

   3. The Clerk of Court shall close this case.

          <u>s/ John E. Jones III</u>
          John E. Jones III
          United States District Judge